| AO-10 Rev. 1/93 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-112) |
| --- | --- | --- |

| 1. Person Reporting (Last name, first, middle initial)<br><br>Koeltl, John G. | 2. Court or Organization<br>United States District Court<br>Southern District<br>of New York | 3. Date of Report<br><br>April 26,1994 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br><br>Article III Judge - Active (Nominated) | 5. Report Type (check appropriate type)<br>X Nomination, Date April 26,1994<br>X Initial ___ Annual ___ Final | 6. Reporting Period<br>January 1,1993<br>To<br>March 31,1994 |
| 7. Chambers or Office Address<br>Current Business Address:<br>C/O Debevoise & Plimpton<br>875 Third Avenue N.Y. N.Y. 10022 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___<br><br>Reviewing Officer Signature _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed.* **Complete all parts, checking the NONE box for each section where you have no reportable information.** *Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |

☐ NONE (No reportable positions)

| | |
| --- | --- |
| General Partner | Debevoise & Plimpton - Law Firm Partnership |
| General Partner | Pelf Partners - Real Estate/Oil&Gas Investment Partnership |
| Director | Cannon Point North,Inc. - Cooperative Corp. Personal Resid. |
| Vice President | Harvard Law School Association of New York |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
| --- | --- |

☐ NONE (No reportable agreements)

SEE ATTACHMENT PAGE # 1

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |

☐ NONE (No reportable non-investment income)

| | | |
| --- | --- | --- |
| Calandar 1993 | Debevoise & Plimpton - Business Income | $ 775,000 |
| 1/1/94 - 3/31/94 | Debevoise & Plimpton - Business Income(Estimated See Part VIII) | $ 232,000 |
| Calandar 1993 | Pelf Partners - Business Income(Estimated See Part VIII) | $ 3,000 |
| 1/1/94 - 3/31/94 | Pelf Partners - Business Income(Estimated See Part VIII) | $ 800 |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Koeltl, John G. | Date of Report<br>April 26,1994 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children: use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| "EXEMPT" | |

## V. OTHER GIFTS. 
(Includes those to spouse and dependent children: use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts) | | |
| "EXEMPT" | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children: indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| Pelf Partners | Negative Balance In Partnership Capital Acct. | K |
| Debevoise & Plimpton | Contingent Liability | "See Part VIII" |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = more than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Koeltl, John G. | Date of Report<br>April 26,1994 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(Including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of report-ing individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income<br>during<br>reporting<br>period | | C.<br>Gross value<br>at end of<br>reporting<br>period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amt.:<br>Code:<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value:<br>Code:<br>(J-P) | (2)<br>Value<br>Method:<br>Code:<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy,sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value:<br>Code:<br>(J-P) | (4)<br>Gain:<br>Code:<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | |
| 1 All Tell Corp. - Common | A | Div | K | T | | | | | |
| 2 AT&T - Common | A | Div | K | T | | | | | |
| 3 Coca Cola - Common | A | Div | K | T | | | | | |
| 4 Ericsm Lm Tel - Common | | "None" | K | T | | | | | |
| 5 WR Grace - Common | A | Div | K | T | | | | | |
| 6 Hanna MA Co. - Common | A | Div | K | T | | | | | |
| 7 Johnson & Johnson - Common | B | Div | K | T | | | | | |
| 8 Pfizer,Inc. - Common | A | Div | K | T | | | | | |
| 9 Reuters - Common | A | Div | ***** | | No Value-Sold During Reporting Period | | | | |
| 10 Royal Dutch Petro - Common | B | Div | K | T | | | | | |
| 11 Sonat,Inc. - Common | A | Div | K | T | | | | | |
| 12 American Capital Emerging Growth Fund-Mutual Fund | C | Div | K | T | | | | | |
| 13 B.P. Prudoe Bay Royalty Trust-Unit Trust | B | Royalty | K | T | | | | | |
| 14 Acm Managed Income Fund-Mutual Fund | B | Div | ***** | | No Value-Sold During Reporting Period | | | | |
| 15 Blackrock Income Fund-Mutual Fund | B | Div | ***** | | No Value-Sold During Reporting Period | | | | |
| 16 Houston Industries-Common | A | Div | ***** | | No Value-Sold During Reporting Period | | | | |
| 17 American Capital Income Fund-Mutual Fund | B | Div | ***** | | No Value-Sold During Reporting Period | | | | |
| 18 Putnam OTC Emerging Growth Fund-Mutual Fund | | "None" | L | T | | | | | |
| 19 Merrill Lynch CMA Money Fund-N.Y.,N.Y. | C | Div | L | T | | | | | |
| 20 "CONTINUED ON ATTACHMENT PAGE #2" | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less    B=$1,001 to $2,500    C=$2,501 to 5,000    D=$5,001 to $15,000
(See Col. B1 & D4) E=$15,001 to $50,000    F=$50,001 to $100,000    G=$100,001 to $1,000,000    H=More than $1,000,000
2 Value Codes: J=$15,000 or less    K=$15,001 to $50,000    L=$50,001 to $100,000    M=$100,001 to $250,000
(See Col. C1 & D3) N=$250,001 to $500,000    O=$500,001 to $1,000,000    P=More than $1,000,000
3 Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2) U=Book Value    V=Other    W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Roeltl, John G. | Date of Report<br>April 26, 1994 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

Part III- Non-Investment Income (1)Partnership income for Debevoise & Plimpton for the period 1/1/94 - 3/31/94 has been estimated based upon a pro-rata allocation of projected firm income for 1994.

(2)Partnership income for Pell Partners for calandar 1993 and the period 1/1/94 - 3/31/94 have been estimated.Form K-1 for 1993 is not yet available.

Part VI - Liabilities - Contingent Liability as general partner of Debevoise & Plimpton for debts of partnership.This contingent liability will be terminated upon Mr. Roeltl's withdrawal from the law firm partnership.

Part VII-Investments and Trusts- (Attachment page 3, items 9-18)- Reports from administrators of retirement accounts do not segregate earnings on accounts (I.E., interest, dividends, realized gains and losses,etc.) from net unrealized gains and losses. Amounts reported in column B for income during period represents the net increase in the fund's account balance for the reporting period attributable to the earnings and unrealized appreciation or depreciation of each fund.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _John G. Roeltl_  Date _April 29, 1994_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google